IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TIMMY HERNDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 12-2087-JDT-cgc |
| ) | |
| SHELBY COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE

On July 17, 2013, Magistrate Judge Charmiane G. Claxton issued a report and recommendation on Defendants' motion to dismiss and/or for summary judgment [DE# 30]. Magistrate Judge Claxton recommended that Defendants' motion to dismiss be granted in part and denied in part and that Defendants' motion for summary judgment be denied without prejudice as premature. Magistrate Judge Claxton specifically recommended that Plaintiff's claims under the Fifth and Eighth Amendments to the United States Constitution and his state law claims be dismissed and that he be allowed to proceed on his claims under the Fourteenth Amendment. No objections have been filed by either party. Therefore, Magistrate Judge Claxton's report and recommendation [DE# 39] is ADOPTED in its entirety.

IT IS SO ORDERED.

 s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE